**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**In re:  EMMA RUTH PITTMAN**                                         Case Number:  17-34902
Debtor(s)                                                                                    Chapter 13

## ORDER CONFIRMING PLAN

The Chapter 13 Plan filed by the debtor (s) on February 21, 2018, replacing all previously filed plans, if any, having been transmitted to all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C. sec. 1325(a);

**It is ORDERED that:**

(1) The Plan as filed or modified is CONFIRMED.
(2) Upon entry of this order, all property of the estate shall revest in the Debtor(s). Nothwithstanding such revesting, the Debtor(s) shall not encumber, refinance, sell or otherwise convey real estate without first obtaining an order of approval from this Court.
(3) All funds received by the Chapter 13 Trustee on or before the date of an order of dismissal shall be disbursed to creditors, unless such disbursement would be de minimis, in which case the funds may be disbursed to the Debtor(s) or paid into the Treasury registry fund account of the Court, at the discretion of the Trustee. All funds received by the Chapter 13 Trustee after the date of the entry of the order of dismissal shall be refunded to the Debtor(s) at their address of record.
(4) Notwithstanding any language contained in the plan, the deadline to file objections to claims is governed by Eastern District of Virginia Standing Order No. 15-4.
(5) The holder of each secured claim provided for in paragraphs 4A or 4D of the plan shall retain the lien securing such claim until the earlier of i) the payment of the underlying debt determined under nonbankruptcy law or ii) discharge under section 1328 or iii) such lien is otherwise avoided by separate Court order entered in this case or associated adversary proceeding.  If this case is dismissed or converted without completion of the plan, such lien shall be retained by such holder to the extent recognized by applicable nonbankruptcy law.
(6) The Debtor acknowledges the Current Market Analysis obtained January 3, 2018 reflects a value of $134,942.00 for her real property, rather than the $115,600.00 described in Schedule A.  As a result, the Debtor acknowledges the liquidation value of her real estate requires the distribution of a 100% dividend to all timely-filed unsecured claims.

Date:  Apr 26 2018                                             /s/ Kevin R. Huennekens
_____                                           _____
                                                                       United States Bankruptcy Judge

Entered On Docket: 4/26/18

I ask for this:

/s/Suzanne E. Wade
Suzanne E. Wade
Standing Chapter 13 Trustee
P. O. Box 1780
Richmond, Virginia 23218-1780
VSB #31868
(804) 775-0979

## CERTIFICATION

Pursuant to Local Rule 9022-1(C), I hereby certify that all necessary parties have endorsed the above order.

/s/ Suzanne E. Wade

Suzanne E. Wade

/s/ Amanda Erin DeBerry
Amanda Erin DeBerry
Boleman Law Firm, PC
P.O. Box 11588
Richmond, VA 23230-1588

**PARTIES TO RECEIVE COPIES:**
EMMA RUTH PITTMAN
500 N FOXHILL ROAD
RICHMOND, VA  23223